**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: FRANZO, MICHAEL J                                            Case No. 09-23863
_____,                    Chapter   7
                    Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $189,290.00                     Assets Exempt:  $2,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,540.54          Claims Discharged
                                                    Without Payment: $51,454.04

Total Expenses of Administration: $2,209.50

---

    3) Total gross receipts of $   6,750.04   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $6,750.04 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,209.50 | 2,209.50 | 2,209.50 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 55,994.58 | 55,994.58 | 4,540.54 |
| **TOTAL DISBURSEMENTS** | $0.00 | $58,204.08 | $58,204.08 | $6,750.04 |

    4) This case was originally filed under Chapter 7 on June 30, 2009. The case was pending for 31 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/23/2012            By: /s/BRADLEY J. WALLER
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2002 Harley Davidson not running or operable, in | 1129-000 | 6,750.00 |
| Interest Income | 1270-000 | 0.04 |
| **TOTAL GROSS RECEIPTS** | | **$6,750.04** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,425.00 | 1,425.00 | 1,425.00 |
| BRADLEY J. WALLER | 2200-000 | N/A | 196.00 | 196.00 | 196.00 |
| American Auction Assocaites, Inc. | 3610-000 | N/A | 563.50 | 563.50 | 563.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | 2,209.50 | 2,209.50 | 2,209.50 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 7100-000 | N/A | 3,355.62 | 3,355.62 | 272.10 |
| 2 | DISCOVER BANK | 7100-000 | N/A | 5,232.57 | 5,232.57 | 424.30 |
| 3 | Roundup Funding, LLC | 7100-000 | N/A | 2,694.35 | 2,694.35 | 218.48 |
| 4 | Chase Bank USA,N.A | 7100-000 | N/A | 287.54 | 287.54 | 23.32 |
| 5 | U.S. Bank N.A. | 7100-000 | N/A | 5,033.46 | 5,033.46 | 408.16 |
| 6 | PRA Receivables Management, LLC | 7100-000 | N/A | 3,801.36 | 3,801.36 | 308.25 |
| 7 | Chase Bank USA, N.A. | 7100-000 | N/A | 10,886.76 | 10,886.76 | 882.80 |
| 8 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,653.58 | 3,653.58 | 296.26 |
| 9 | Roundup Funding, LLC | 7100-000 | N/A | 21,049.34 | 21,049.34 | 1,706.87 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 55,994.58 | 55,994.58 | 4,540.54 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-23863  
**Case Name:** FRANZO, MICHAEL J  

**Period Ending:** 01/23/12

**Trustee:** (330500)  BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 06/30/09 (f)  
**§341(a) Meeting Date:** 08/31/09  
**Claims Bar Date:** 12/02/09  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Duplex: 8224 Tremont Lane, Joliet, IL 60431 | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking: Chase Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | One ordinary lot of used household goods and fur | 600.00 | 0.00 | DA | 0.00 | FA |
| 4 | One ordinary lot of clothing | 250.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2006 Cadillac CTS mileage 105,000 | 8,240.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2002 Harley Davidson not running or operable, in | 2,000.00 | 0.00 | | 6,750.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 0.04 | FA |
| 7 | Assets    Totals (Excluding unknown values) | **$191,290.00** | **$0.00** | | **$6,750.04** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010      **Current Projected Date Of Final Report (TFR):**   October 12, 2011  (Actual)

Printed: 01/23/2012 03:58 PM     V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-23863 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | FRANZO, MICHAEL J | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******20-65 - Money Market Account |
| Taxpayer ID #: | **-***5832 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/23/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/15/11 | {6} | American Auction Assocaites, Inc. | per court order of 07/22/2011 | 1129-000 | 6,750.00 | | 6,750.00 |
| 08/26/11 | 1001 | American Auction Assocaites, Inc. | per court order of 08/19/2011 | 3610-000 | | 563.50 | 6,186.50 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 6,186.52 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,161.52 |
| 09/14/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 6,161.54 |
| 09/14/11 | | To Account #9200******2066 | | 9999-000 | | 6,161.54 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,750.04 | 6,750.04 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,161.54 | |
| | | | **Subtotal** | | 6,750.04 | 588.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,750.04** | **$588.50** | |

{} Asset reference(s)   Printed: 01/23/2012 03:58 PM   V.12.57

Case 09-23863   Doc 38   Filed 01/23/12   Entered 01/23/12 16:01:17   Desc Main
Document      Page 7 of 8

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-23863 |
| **Case Name:** | FRANZO, MICHAEL J |
| **Taxpayer ID #:** | **-***5832 |
| **Period Ending:** | 01/23/12 |

| | |
|---|---|
| **Trustee:** | BRADLEY J. WALLER (330500) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******20-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/14/11 | | From Account #9200******2065 | | 9999-000 | 6,161.54 | | 6,161.54 |
| 11/04/11 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $196.00, Trustee Expenses;  Reference: | 2200-000 | | 196.00 | 5,965.54 |
| 11/04/11 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,425.00, Trustee Compensation;  Reference: | 2100-000 | | 1,425.00 | 4,540.54 |
| 11/04/11 | 103 | Roundup Funding, LLC | Dividend paid   8.10% on $3,355.62; Claim# 1; Filed: $3,355.62; Reference: | 7100-000 | | 272.10 | 4,268.44 |
| 11/04/11 | 104 | DISCOVER BANK | Dividend paid   8.10% on $5,232.57; Claim# 2; Filed: $5,232.57; Reference: | 7100-000 | | 424.30 | 3,844.14 |
| 11/04/11 | 105 | Roundup Funding, LLC | Dividend paid   8.10% on $2,694.35; Claim# 3; Filed: $2,694.35; Reference: | 7100-000 | | 218.48 | 3,625.66 |
| 11/04/11 | 106 | Chase Bank USA,N.A | Dividend paid   8.10% on $287.54; Claim# 4; Filed: $287.54; Reference: | 7100-000 | | 23.32 | 3,602.34 |
| 11/04/11 | 107 | U.S. Bank N.A. | Dividend paid   8.10% on $5,033.46; Claim# 5; Filed: $5,033.46; Reference: | 7100-000 | | 408.16 | 3,194.18 |
| 11/04/11 | 108 | PRA Receivables Management, LLC | Dividend paid   8.10% on $3,801.36; Claim# 6; Filed: $3,801.36; Reference: | 7100-000 | | 308.25 | 2,885.93 |
| 11/04/11 | 109 | Chase Bank USA, N.A. | Dividend paid   8.10% on $10,886.76; Claim# 7; Filed: $10,886.76; Reference: | 7100-000 | | 882.80 | 2,003.13 |
| 11/04/11 | 110 | Chase Bank USA, N.A. | Dividend paid   8.10% on $3,653.58; Claim# 8; Filed: $3,653.58; Reference: | 7100-000 | | 296.26 | 1,706.87 |
| 11/04/11 | 111 | Roundup Funding, LLC | Dividend paid   8.10% on $21,049.34; Claim# 9; Filed: $21,049.34; Reference: | 7100-000 | | 1,706.87 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 6,161.54 | 6,161.54 | $0.00 |
| Less: Bank Transfers | 6,161.54 | 0.00 | |
| **Subtotal** | 0.00 | 6,161.54 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$6,161.54** | |

{} Asset reference(s)

Printed: 01/23/2012 03:58 PM        V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-23863  
**Case Name:** FRANZO, MICHAEL J

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******20-66 - Checking Account

**Taxpayer ID #:** **-***5832  
**Period Ending:** 01/23/12

**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   6,750.04  
────────────  
Net Estate :   $6,750.04

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******20-65 | 6,750.04 | 588.50 | 0.00 |
| Checking # 9200-******20-66 | 0.00 | 6,161.54 | 0.00 |
|  | $6,750.04 | $6,750.04 | $0.00 |

{} Asset reference(s)

Printed: 01/23/2012 03:58 PM    V.12.57